UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH, aka WILLIAM SHAWN SMITH,<br><br>        Petitioner,<br><br>vs.<br><br>SYLVIA GARCIA,<br><br>        Respondent. | Case No. CV 09-8699-VBF(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: June 24, 2010

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\09-8699.ado
4/8/10